IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID YINGER,               )
                                   )
                 Plaintiff,    )
VS                         )      No. _____
                                   )
POSTAL PRESORT, INC.,     )
                                   )
               Defendant.   )
_____)

## NOTICE OF REMOVAL OF CIVIL ACTION

Postal Presort, Inc. ("Removing Defendant"), by and through its counsel, and pursuant to 28 U.S.C. §§1331(a)(1), 1441(a) and 1446, respectfully shows the Court the following:

1.      The above action was first filed by Plaintiff on March 12, 2015, in the Eighteenth Judicial District, District Court, Sedgwick County, Kansas, sitting in Wichita, Kansas, and numbered 2015 CV 000667.

2.      Plaintiff is a resident of Sedgwick County, Kansas.

3.      Removing Defendant Postal Presort, Inc. is a corporation duly organized and existing under the laws of the State of Kansas.

4.      A copy of the proposed Petition was first received by counsel for Defendant  on March 13, 2015, and service was deemed to be complete on March 18, 2015.

5.      A copy of the Petition was served electronically upon counsel for the Removing Defendant Postal Presort, Inc. as described in Paragraph 4 above.  No Summons was issued.

6.      Exhibit A attached hereto is a copy of the Petition filed in state court.

*David Yinger vs Postal Presort, Inc.*                                          *Notice of Removal of Civil Action*

7.      Removal is based on a federal question of jurisdiction, and no minimum amount in controversy is required.  Therefore, removal to this Court is appropriate.

8.      The required Notice was sent to the District Court of Sedgwick County, Kansas on April 2, 2015.

WHEREFORE, Removing Defendant prays that the above entitled action be removed from the Eighteenth Judicial District, District Court, Sedgwick County, Kansas, sitting in Wichita, Kansas, to this Court, and for such other and further relief to which the Removing Defendant may be entitled.

Respectfully submitted,

SHERWOOD, HARPER, DAKAN,
UNRUH & PRATT, LC


By s/Kurt A. Harper
    Kurt A. Harper  (10066)
    833 N. Waco
    P.O. Box 830
    Wichita, KS   67201
    Telephone: 316-267-1281
    Fax: 316-267-4086
    kurt.harper@sherwoodharper.com
    *Attorneys for Defendant*

*David Yinger vs Postal Presort, Inc.*                                    *Notice of Removal of Civil Action*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Removal of Civil Action with Exhibit A was sent by U.S. mail, postage prepaid, on the 6th day of April, 2015, addressed to:

Mr. Donald Peterson
Mr. Sean M. McGivern
Withers Gough Pike Pfaff & Peterson, LLC
O.W. Garvey Building
200 W. Douglas, Ste. 1010
Wichita, KS  67202
*Attorneys for Plaintiff*


s/ Kurt A. Harper
Kurt A. Harper