## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID YINGER, )<br> )<br>        Plaintiff, )<br>VS )<br> )<br>POSTAL PRESORT, INC., )<br> )<br>        Defendant. )<br>_____) | No. 6:15-cv-01106-JTM-JPO<br><br><br><br><br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Postal Presort, Inc., and moves this Court for summary judgment against Plaintiff and a determination, as a matter of law, that Defendant is entitled to judgment against Plaintiff on all of Plaintiff's claims herein, including Plaintiff's claims for disability discrimination, and on Plaintiff's claim of retaliatory discharge.

Respectfully submitted,

s/ Kurt A. Harper
Kurt A. Harper, #10066
Terry L. Unruh, #10084
SHERWOOD, HARPER, DAKAN,
 UNRUH & PRATT, LC
833 N. Waco, Suite 100
P. O. Box 830
Wichita, KS  67201-0830
Telephone:  (316) 267-1281
Facsimile:  (316) 267-4086
Email:  kurt.harper@sherwoodharper.com
Email:  terry.unruh@sherwoodharper.com

*Attorneys for Defendant*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

| | |
|---|---|
| Donald N. Peterson | dpeterson@withersgough.com |
| Sean McGivern | smcgivern@withersgough.com |

                                         s/ Kurt A. Harper
                                         Kurt A. Harper